David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorney for Plaintiff,*
*JOSEPH J. ANDROWSKI III*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| JOSEPH J. ANDROWSKI III,<br><br>Plaintiff,<br><br>v.<br><br>AURORA BANK, FSB; CITIMORTGAGE INC; SETERUS INC; SYNCHRONY FINANCIAL D/B/A SYNCB; EQUIFAX INFORMATION SERVICES, LLC,<br><br>Defendants. | **Case No. 2:17-cv-02769-MMD-GWF**<br><br>**STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE AS TO CITIMORTGAGE INC <u>ONLY</u>** |

Plaintiff JOSEPH J. ANDROWSKI III and Defendant CITIMORTGAGE INC hereby stipulate and agree that the above-entitled action shall be dismissed with prejudice in accordance

…

…

…

with Fed. R. Civ. P. 41 (a)(2) as to, **CITIMORTGAGE INC. ONLY** Each party shall bear its own attorney's fees, and costs of suit.

Dated: April 4, 2018

By:

/s/David H. Krieger, Esq.
David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue
Suite 350
Henderson, Nevada 89123

*Attorney for Plaintiff,*
JOSEPH J. ANDROWSKI III

By:

/s/ Andrew A. Bao, Esq.
Andrew A. Bao, Esq.
Wolfe & Wyman LLP
6757 Spencer Street
Las Vegas, NV 89119
aabao@wolfewyman.com

*Attorney for Defendant,*

CITIMORTGAGE INC

## **ORDER**

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

DATED: April 6, 2018