David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
*Attorney for Plaintiff, JOSEPH J. ANDROWSKI III*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| JOSEPH J. ANDROWSKI III,<br><br>　　　　Plaintiff,<br><br>v.<br><br>AURORA BANK, FSB; CITIMORTGAGE INC; SETERUS INC; SYNCHRONY FINANCIAL D/B/A SYNCB; EQUIFAX INFORMATION SERVICES, LLC,<br><br>　　　　Defendants. | Case No. 2:17-cv-02769-MMD-NJK<br><br>**STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE AS TO <u>SETERUS ONLY</u>** |

　　　Plaintiff JOSEPH J. ANDROWSKI III and Defendant SETERUS INC hereby stipulate and agree that the above-entitled action shall be dismissed with

…

…

…

prejudice in accordance with Fed. R. Civ. P. 41 (a)(2) as to, and **ONLY as to, SETERUS INC**. Each party shall bear its own attorney's fees, and costs of suit.

Dated: June 26, 2018

| By: | By: |
|---|---|
| /s/David H. Krieger, Esq. | /s/Victoria L. Hightower, Esq. |
| David H. Krieger, Esq. | Victoria L. Hightower, Esq. |
| Nevada Bar No. 9086 | Nevada Bar No. 10897 |
| HAINES & KRIEGER, LLC | Wright, Finlay & Zak, LLP |
| 8985 S. Eastern Avenue | 7785 W. Sahara Ave., Suite 200 |
| Suite 350 | Las Vegas, NV 89117 |
| Henderson, Nevada 89123 | *Attorney for Defendant Seterus* |
| *Attorney for Plaintiff* | |

## **ORDER**

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

DATED: ___June 27, 2018_____